# EXHIBIT A

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet

Delaware _____ **County**

| For Prothonotary Use Only: |
|---|
| Docket No: |

*TIME STAMP*

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Transfer from Another Jurisdiction
- ☐ Petition
- ☐ Declaration of Taking

Lead Plaintiff's Name:
Terrazza Community Association

Lead Defendant's Name:
Bozzuto Construction Company

**Are money damages requested?** ☒ Yes  ☐ No

Dollar Amount Requested: (check one)
- ☐ within arbitration limits
- ☒ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes  ☒ No

**Is this an *MDJ Appeal*?** ☐ Yes  ☒ No

Name of Plaintiff/Appellant's Attorney: Steven L. Sugarman, Esquire #32473 / Elliot H. Berton, Esquire #53060

☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** (*do not include Mass Tort*)
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability (*does not include mass tort*)
- ☐ Slander/Libel/ Defamation
- ☐ Other: _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** (*do not include Judgments*)
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other _____
- ☐ Other: _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other _____
- ☐ Zoning Board
- ☐ Other: _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☒ Other: Alter Ego Liability

*Updated 1/1/2011*

**IN THE COURT OF COMMONPLEAS OF DELAWARE COUNTY, PENNSYLVANIA**
**CIVIL LAW -- ACTION**

Terrazza Community Association

          PLAINTIFF(S)                    No. _____

        vs.

Bozzuto Construction Company;
Bozzuto & Associates, Inc. t/a
The Bozzuto Group
          DEFENDANT (S)

## PRAECIPE FOR WRIT OF SUMMONS

TO THE OFFICE OF JUDICIAL SUPPORT:

    Issue summons in civil action in the above.

_____
Signature of Attorney/Pro Se Party
Steven L. Sugarman, Esquire/Elliot H. Berton, Esquire
Steven L. Sugarman & Associates
1273 Lancaster Avenue, Berwyn, PA 19312
(610) 889-0700  (FAX) (610) 993-0498
Name/Address/Telephone # of Attorney/Pro Se Party

Attorney Supreme Court ID #  #32473 and #53060

## WRIT OF SUMMONS IN CIVIL ACTION

TO: Bozzuto Construction Company; Bozzuto & Associates Inc., t/a The Bozzuto Group

YOU ARE NOTIFIED THAT THE ABOVE- NAMED PLAINTIFF(S) HAS/HAVE COMMENCED AN
ACTION AGAINST YOU.

                    MARY J. WALK, ESQ., DIRECTOR
                    OFFICE OF JUDICIAL SUPPORT

Date: 11/23/2022

                    Deputy: _____

Rev:  04-22-2020