# EXHIBIT B

## IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PA

| | |
|---|---|
| TERRAZZA COMMUNITY ASSOCIATION | * |
| | * |
| | * CIVIL ACTION |
| *Plaintiff* | * CV-2022-008878 |
| | * |
| v. | * |
| | * |
| BOZZUTO CONSTRUCTION COMPANY, *et al.* | * |
| | * |
| *Defendants* | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### RULE TO FILE A COMPLAINT

AND NOW, this *15th* day of *December*, 2022, pursuant to Pa. R. C. P. 1037(a), the Prothonotary hereby enters a rule upon Plaintiff Terrazza Community Association to file a complaint.

*Mary J. Walk*

OFFICE OF JUDICIAL SUPPORT

40921231.1